PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Docket No:   0972 1:05CR00204-006 |
| ) | |
| **HUMBERTO LLERENA** ) | |
| ) | |

On September 5, 2006, the above-named was placed on Supervised Release for a period of 48 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER
United States Probation Officer**

Dated:    December 9, 2013
             Roseville, California
             JAF:aph


         /s/ Michael A. Sipe
**REVIEWED BY:    MICHAEL A. SIPE
                 Supervising United States Probation Officer**

1

Re:     LLERENA, Humberto
        Docket No:    0972 1:05CR00204-006
        **Report and Order Terminating Supervised Release**
        **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Humberto Llerena be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:     December 9, 2013            _____
                                        SENIOR   DISTRICT   JUDGE

2